## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. BINDER, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> PPL CORPORATION, *et al.*, <br><br> Defendants. | Civil Action No.: 5:22-cv-00133-JLS <br><br> CLASS ACTION <br><br> Judge Jeffrey L. Schmehl |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants PPL Corporation, PPL Services Corporation, Board of Directors of PPL Corporation, Board of Directors of PPL Services Corporation, Employee Benefit Plan Board of PPL Corporation, and LG&E and KU Energy LLC (collectively, "Defendants") respectfully move this Court for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing Plaintiffs' Complaint (Dkt. 1) in its entirety and with prejudice.  In support, Defendants rely upon the supporting memorandum of law, the supporting Declaration of Catalina Vergara with exhibits, the request for judicial notice, and the proposed orders, all of which have been contemporaneously filed with this Motion.

Pursuant to Local Rule 7.1(f), Defendants respectfully request oral argument on this Motion.

Dated: April 5, 2022							Respectfully submitted,

<div style="margin-left:3em">

*/s/ Catalina J. Vergara*
Catalina J. Vergara (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street, 18th Floor
Los Angeles, CA 90071
T: 213-430-6000
F: 213-430-6407
cvergara@omm.com

Shannon M. Barrett (*pro hac vice*)
Deanna M. Rice (*pro hac vice*)
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC, 20006
T: 202-383-5300
F: 202-383-5414
sbarrett@omm.com
derice@omm.com

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.
LeVAN STAPLETON SEGAL COCHRAN LLC
One Liberty Place
1650 Market St., Suite 3600
Philadelphia, PA 19103
T: 215-561-1500
plevan@levanstapleton.com

*Counsel for Defendants PPL Corporation, PPL Services Corporation, Board of Directors of PPL Corporation, Board of Directors of PPL Services Corporation, Employee Benefit Plan Board of PPL Corporation, and LG&E and KU Energy LLC*

</div>

## CERTIFICATE OF SERVICE

I certify that on this day I caused a true and correct copy of the foregoing *Defendants' Motion to Dismiss Plaintiffs' Complaint*, along with the supporting memorandum of law, the supporting Declaration of Catalina Vergara with exhibits, and the proposed order, to be filed using the Court's Electronic Filing System ("ECF System"). The documents are available for viewing and downloading via the ECF System, and will be served by operation of the ECF System upon all counsel of record.

Dated:  April 5, 2022                     **LeVAN STAPLETON SEGAL COCHRAN LLC**

*/s/ Peter H. LeVan, Jr.*
Peter H. LeVan, Jr.