IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID BINDER,** *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| **PPL CORPORATION,** *et al.*, | : | NO. 5:22-cv-00133-MRP |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 12th day of March, 2024, upon consideration of Defendants' Motion to Dismiss (ECF No. 24) and Request for Judicial Notice (ECF No. 25), and Plaintiffs' responses thereto, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss is **DENIED**.

2. The Request for Judicial Notice is **DENIED**.

BY THE COURT:

_____
Hon. Mia R. Perez