IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID B. BINDER, et al.,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| **PPL CORPORATION, et al.,** | : | NO. 5:22-cv-00133 |
| Defendants. | : | |

## ORDER

**AND NOW,** this 15th day of January, 2025, upon email notification that the Parties have settled this matter, it is hereby **ORDERED** that all trial-related proceedings are **ADJOURNED**.

BY THE COURT:

_____
Hon. Mia R. Perez