IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID B. BINDER, ET AL., *Plaintiffs*, v. PPL CORPORATION, ET AL., *Defendants*. | No. 5:22-cv-133-MP |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL**

In accordance with Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs move for final approval of the class action settlement and for the Court to enter the proposed Final Order and Judgment. Pursuant to L.R. 7.1(b), Plaintiffs have conferred with Defendants, and they do not oppose this motion.

This action involves claims for alleged breaches of fiduciary duties relating to the management of the PPL Employee Savings Plan, PPL Deferred Savings Plan, PPL Employee Stock Ownership Plan, and the LG&E and KU Savings Plan (collectively referred to as the "Plans") in violation of the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq*. ("ERISA"). ECF No. 1. Defendants dispute these allegations and deny liability for any alleged fiduciary breach.

After years of litigation, adversarial discovery, and extensive arm's length negotiations, on January 14, 2025, the parties agreed in principle to settle the case. ECF No. 160. The final terms of the settlement are set forth in the Settlement Agreement executed on February 28, 2025. ECF No. 161-2; *see also* ECF No. 162-2 (as amended) ("Settlement"). In exchange for the release of claims, Defendants have agreed to pay a sum of $8,200,000 into a settlement fund.

The Court granted preliminary approval of the Settlement on April 3, 2025. ECF No. 163. Accordingly, Plaintiffs now request that the Court enter final approval because the Settlement is

fundamentally fair, adequate and reasonable and is in the best interests of Class members. Moreover, no Class member has objected to the terms of the Settlement or Class counsel's request for attorneys' fees, reimbursement of litigation expenses, or case contribution awards to the Class representatives. A separate proposed order granting Plaintiffs' motion for attorneys' fees is submitted herewith for the Court's consideration. *See* ECF No. 165 (noting same).

In support of this motion, Plaintiffs separately submit a Memorandum of Law in Support of Final Approval, the Declaration of Settlement Administrator Analytics Consulting LLC, and the Statement of Gallagher Fiduciary Advisors, LLC. This motion is also supported by Plaintiffs' Amended Memorandum in Support of the Unopposed Motion for Preliminary Approval of Class Settlement [ECF No. 162-1], the Court's Order Granting the Unopposed Motion for Preliminary Approval of the Class Action Settlement [ECF No. 163], the Stipulation and Order Regarding Class Certification [ECF No. 82], Plaintiffs' Memorandum in Support of their Motion for Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards for the Class Representatives [ECF No. 165-1], the Declarations of Troy A. Doles [ECF Nos. 162-3, 165-3], the Declaration of Jerome J. Schlichter [ECF No. 165-2], and the Declaration of Sanford Jay Rosen [ECF No. 165-4].

Dated: July 21, 2025                    Respectfully submitted,

/s/ Troy A. Doles
Jerome J. Schlichter (admitted *pro hac vice*)
Troy A. Doles (admitted *pro hac vice*)
Kurt C. Struckhoff (admitted *pro hac vice*)
Nathan D. Stump (ID# 90169)
Chen Kasher (admitted *pro hac vice*)
SCHLICHTER BOGARD LLC
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: 314-621-6115, Fax: 314-621-5934

Class Counsel for Plaintiffs

David Promisloff (ID #200971)
PROMISLOFF LAW, P.C.
5 Great Valley Parkway, Ste. 210
Malvern, PA 19355
Phone: (215) 259-5156
Fax: (215) 600-2642
david@prolawpa.com

Local Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

/s/  Troy A. Doles
Counsel for Plaintiffs

## LOCAL RULE 7.1(B) CERTIFICATION

I, Catalina J. Vergara, lead counsel for Defendants, hereby certify on behalf of Defendants that they do not contest Plaintiffs' Unopposed Motion for Final Approval.

/s/ Catalina J. Vergara (w/permission)
Catalina J. Vergara